IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND and AMYLA BRYANT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY BOARD OF ELECTIONS, GARY SCOTT, in his official capacity as Director of the Office of Elections and General Registrar; and STEPHEN HUNT, KATHERINE HANLEY, and BETTINA LAWTON in their official capacities as members of the Fairfax County Board of Elections,<br><br>　　　　Defendants. | Civil Action<br>Case No. 19-cv-1379<br><br>**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs New Virginia Majority Education Fund ("NVMEF") and Amyla Bryant hereby move for a preliminary injunction requiring Defendants, the Fairfax County Board of Elections, and its General Registrar, to remedy the improper rejection of voter registration applications from Plaintiff BRYANT and approximately 170 other Virginia voters who live on the campus of George Mason University in Fairfax County and registered to vote with their proper campus mailing addresses. A memorandum in support of this motion and a proposed order are being filed contemporaneously herewith.

1

Dated: October 31, 2019              Respectfully submitted,

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar. No. 89656)
Daniel T. Donovan, P.C. (*pro hac vice* motion forthcoming)
Susan M. Davis (*pro hac vice* motion forthcoming)
Michael A. Glick (*pro hac vice* motion forthcoming)
Paul Quincy (*pro hac vice* motion forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
paul.weeks@kirkland.com
daniel.donovan@kirkland.com
susan.davies@kirkland.com
michael.glick@kirkland.com
paul.quincy@kirkland.com

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie M. Houk  (*pro hac vice – to be filed*)
John Powers (*pro hac vice – to be filed*)
Jacob Conarck (*pro hac vice – to be filed*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone:  (202) 662-8600
Facsimile:  (202) 783-0857

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar. No. 89656)
Daniel T. Donovan, P.C. (*pro hac vice* motion forthcoming)
Susan M. Davis (*pro hac vice* motion forthcoming)
Michael A. Glick (*pro hac vice* motion forthcoming)
Paul Quincy (*pro hac vice* motion forthcoming)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200
paul.weeks@kirkland.com
daniel.donovan@kirkland.com
susan.davies@kirkland.com
michael.glick@kirkland.com
paul.quincy@kirkland.com

Ezra D. Rosenberg (*pro hac vice – to be filed*)
Julie M. Houk (*pro hac vice – to be filed*)
John Powers (*pro hac vice – to be filed*)
Jacob Conarck (*pro hac vice – to be filed*)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857

*Counsel for Plaintiffs*