IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND and AMYLA BRYANT,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY BOARD OF ELECTIONS, GARY SCOTT, in his official capacity as Director of the Office of Elections and General Registrar; and STEPHEN HUNT, KATHERINE HANLEY, and BETTINA LAWTON in their official capacities as members of the Fairfax County Board of Elections,<br><br>　　　　Defendants. | Civil Action<br>Case No. 19-cv-1379<br><br>**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER**

The Court, having read and considered the papers in support of and in opposition to Plaintiffs' Emergency Motion for a Preliminary Injunction, finds that Plaintiffs have satisfied the requirements for preliminary injunctive relief.

Accordingly,

IT IS HEREBY ORDERED THAT:

Plaintiff's Emergency Motion for a Preliminary Injunction is GRANTED.

IT IS FURTHER ORDERED THAT:

Defendants are directed to:

　　(a)　Count the votes cast in the November 2019 election by GMU students whose applications were rejected because they did not provide a dorm name or room number;

　　(b)　Cease to employ their current policy of rejecting voter registration applications from GMU students due to a failure to provide a dorm name

|     |     |
| --- | --- |
|     | and room number without first attempting to contact the voter directly by phone and email and giving the student a reasonable amount of time to provide the required information; |
| (c) | Accept voter registration applications submitted by GMU students who provide a university address unless there is affirmative evidence that the student does not live on campus; |
| (d) | Take all reasonable steps to provide notice to affected GMU students and the public of the relief ordered herein, including, without limitation, individually contacting each of the approximately 170 affected students by phone, in-person, or through email where the applicant included a personal email address in the voter registration application, as well as through press releases to the media, and on the Fairfax County elections website; |
| (e) | Provide additional training to poll workers who are working on November 5, 2019, at the Merten Hall polling place to educate them on how to process students who appear at the polling place and had their voter registration applications rejected because they failed to provide their dorm name and room number; and |
| (f) | Grant Plaintiffs such other and further relief as may be just and equitable. |

_____
United States District Judge


Date: _____, 2019