# EXHIBIT 3

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** BRANDON MASON ADAMS
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**  MYLA NICOLE AGYIN
4450 Rivanna River Way # 3235
Fairfax, VA 22030-4441

**DATE:**  10/21/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

√ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

**TO:** ELLA ELAHE ALLISTON
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**  JORDAN VICTORIA ANDERSON
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**   KAITLYN OLIVIA ANEY

**DATE:**  10/16/2019

4450 Rivanna River Way # 1525
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**    KAMRYN KEONI ARMISTEAD

4450 Rivanna River Way # 4094
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**  MONIQUE RAVYN MCKAY AYRES
4450 Rivanna River Way # 5129
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:** BETHANY ANN BARTO

**DATE:** 10/16/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

   Your Voter Registration Application did not:

   ☑ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:     703-222-0776
Fax:          703-324-2205

**TO:**   ANA KATRINA BEASLEY
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

- Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   DAVID SEKOU BERNARD                                    **DATE:**   10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☑ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** NOAH REILLY BILGER
4450 Rivanna River Way # 1371
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:        703-324-2205

**TO:**   KELLY QUINN BLACKWELL
4450 Rivanna River Way # 4741
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:        703-324-2205

**TO:**   DREW PALMER BOGGESS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   ALEXANDER JOSEPH BONTEMPO
4450 Rivanna River Way # 3992
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:  voting@fairfaxcounty.gov | Phone:   703-222-0776 |
| Website:  http://www.fairfaxcounty.gov/elections | Fax:       703-324-2205 |

**TO:**   ALYX LYNNELL BRIDIS          **DATE:**  10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov     Phone: 703-222-0776
Website: http://www.fairfaxcounty.gov/elections     Fax: 703-324-2205

**TO:** SHANEEN JOHAILA BRISCOE     **DATE:** 10/16/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   MEKHI SHY'HEIM BROOKS

**DATE:**   10/16/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:**  ELISABETH MICHAELA BROOKS FLICK
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   VERONICA TERESA BROWN
1440 PRESIDENTS PARK DRIVE  LS
FAIRFAX, VA  22030

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   AMYLA COLLETTE BRYANT
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:        703-324-2205

**TO:**   ANDREW LAWRENCE BURKE

**DATE:**  10/16/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov                              Phone:   703-222-0776
Website:   http://www.fairfaxcounty.gov/elections               Fax:     703-324-2205

**TO:**    AMY ELIZABETH BURKHART                    **DATE:**  10/16/2019
           4450 Rivanna River Way # 4651
           Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                    Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration

PO Box 10161

Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov

Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776

Fax:      703-324-2205

**TO:**   RAYMOND JOSEPH CAGNINA

      4450 Rivanna River Way

      Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

    Your Voter Registration Application did not:

      Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT

General Registrar

Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov                        Phone:  703-222-0776
Website:  http://www.fairfaxcounty.gov/elections          Fax:    703-324-2205

**TO:**   RANSOM CAIN                              **DATE:**  10/17/2019
          4450 Rivanna River Way # 979
          Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by
this office, your application has been denied for the following reasons:

   Your Voter Registration Application did not:

      Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign,
date and return the enclosed application, providing all the required information. "Do not leave any space
blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal
website at www.vote.virginia.gov to submit your voter registration application online. The deadline to
submit your properly completed voter registration application form is 22 days before a primary or
general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is
needed. However, if you believe this denial is in error, you have the right to appeal by completing the
enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing
fee is required. You must contact the Clerk to determine an accepted method of payment. You must file
this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   ABIGAIL MARIE CAIRNS
       4450 Rivanna River Way
       Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

  Your Voter Registration Application did not:

    Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:        703-324-2205

**TO:**  LUIS XAVIER CAIRO

**DATE:**  10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   ALEX C M CAMPOS
4400 Rivanna River Way # 1659 # 4024B
Fairfax, VA  22030-4471

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:   703-324-2205

**TO:**   ALEXANDER CHARLES MOSELEY CAMPOS
4400 Rivanna River Way # 1659
Fairfax, VA  22030-4471

**DATE:**   10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   ANDREW MARIO CASH
4450 Rivanna River Way # 2021
Fairfax, VA 22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov          Phone:   703-222-0776
Website:  http://www.fairfaxcounty.gov/elections    Fax:     703-324-2205

**TO:**   MORGAN CHASTAIN CAUDILL          **DATE:** 10/17/2019
4450 Rivanna River Way # 1798
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

○ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                    Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   JULISSA MARIA CEDENO     **DATE:**  10/17/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov                                  Phone:    703-222-0776
Website:   http://www.fairfaxcounty.gov/elections                   Fax:      703-324-2205

**TO:**   EMILY ANN CORDEIRO                              **DATE:**   10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   JAKE WILSON COURTNEY                              **DATE:**  10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** FLOYD MILTON CROSS III
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   EMANUELLE BARAIRO CRUZ
        4450 Rivanna River Way PMB 1682
        Fairfax, VA 22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** DESHANDRA MONEE DANDRIDGE
4400 University Dr
Fairfax, VA 22030-4422

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   JASMINE RACHELLE DARBY
          4450 Rivanna River Way PMB 6436
          Fairfax, VA 22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   LUCAS SAMUEL DIETZ
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   KOREY DREW DIAZ                                    **DATE:**   10/17/2019

4400 University Dr
Fairfax, VA  22030-4422

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   NOAH RICHARD BACHMAN DODGE

4400 Rivanna River Way
Fairfax, VA  22030-4471

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   DARIUS MALCOLM DUNN
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** MATTHEW CHRISTOPHER DUMM

**DATE:** 10/16/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   DEZIRE PHENESS DVERGLAS
          4400 University Dr
          Fairfax, VA  22030-4422

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:      703-324-2205

**TO:**   ONOSE ISAAC EBHOMIELEN
4450 Rivanna River Way # 4213
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** DESTINEE MAXINE ELAZIER

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

√ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:        703-324-2205

**TO:**   RISA DANIELLE ENRIQUE
4400 University Dr
Fairfax, VA  22030-4422

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**   KERI PEBLYN FOX
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:      703-324-2205

**TO:**   FAZO FUDALA
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

### FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:   voting@fairfaxcounty.gov | Phone:   703-222-0776 |
| Website:   http://www.fairfaxcounty.gov/elections | Fax:   703-324-2205 |

**TO:**   ETHAN DAVID GALE                             **DATE:**   10/16/2019
            4450 Rivanna River Way
            Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                                                               Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   ELIZABETH ADEKEMI GANSALLE

**DATE:**  10/16/2019

4450 Rivanna River Way # 388
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:      703-324-2205

**TO:**    MYEISHA ELIZABETH GAYE
4400 University Dr
Fairfax, VA  22030-4422

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   SARAH GEBRENGUS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  DYMIN SHAKHINA GEE
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   THOMAS JAMES GEROT

**DATE:**  10/17/2019

4450 Rivanna River Way PMB 5172
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   ASHLEY NICHOLE GRAY
4450 Rivanna River Way # 4529
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:       703-324-2205

**TO:**   CAMERON CHRISTIAN GREEN
4450 Rivanna River Way # 3234
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:   703-324-2205

**TO:**   DARRELL LEE GREEN JR.

**DATE:**   10/17/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   JALYN ARNEL GREEN
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov                                    Phone:   703-222-0776
Website:  http://www.fairfaxcounty.gov/elections                     Fax:     703-324-2205

**TO:**   NICHOLAS JALEEL GREEN                                       **DATE:**  10/16/2019
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by
this office, your application has been denied for the following reasons:

   Your Voter Registration Application did not:

      Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign,
date and return the enclosed application, providing all the required information.  "Do not leave any space
blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal
website at www.vote.virginia.gov to submit your voter registration application online. The deadline to
submit your properly completed voter registration application form is 22 days before a primary or
general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is
needed. However, if you believe this denial is in error, you have the right to appeal by completing the
enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing
fee is required. You must contact the Clerk to determine an accepted method of payment. You must file
this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                        Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov                                    Phone:    703-222-0776
Website:  http://www.fairfaxcounty.gov/elections                      Fax:       703-324-2205

**TO:**   ADRIANNA NIA GUERRERO                             **DATE:**  10/17/2019
4450 Rivanna River Way PMB 3599
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov                              Phone:    703-222-0776
Website:  http://www.fairfaxcounty.gov/elections                Fax:      703-324-2205

**TO:**    ISAIAH JORDAN HACKETT                    **DATE:**  10/16/2019
           4450 Rivanna River Way
           Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov                          Phone:   703-222-0776
Website:   http://www.fairfaxcounty.gov/elections            Fax:     703-324-2205

**TO:**   MARYAN ALEXU HAGAN                    **DATE:**   10/16/2019
4450 Rivanna River Way # 3115
Fairfax, VA  22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   NATHAN MICHAEL HANDBERY                **DATE:**   10/16/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  JAH-NAY ELAINE HARRINGTON
4450 Rivanna River Way # 583
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** CHADWICK HARRIS
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov                                    Phone:   703-222-0776
Website:  http://www.fairfaxcounty.gov/elections                      Fax:     703-324-2205

**TO:**   CHATWICK DAMOY HARRIS                          **DATE:**  10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**  CARSON A HEISEL
4450 Rivanna River Way PMB 466
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

   Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** KALEA MIKAILI HERBERT

4450 Rivanna River Way # 3258
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   MARIA PAULA HERNANDEZ
         4450 Rivanna River Way # 4495
         Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** JOHNSON DUPREE HUBBARD
4450 Rivanna River Way PMB 2092
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** JACOB MICHAEL JEAN
4400 University Dr Stop 3F6
Fairfax, VA 22030-4422

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:  voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**  SAMUEL MARQUIS JOHNSON
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   MOMIN AURANGZAIB KALEEM
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:  voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:   703-324-2205

**TO:**  MACY RENEE KARPA
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   SCOTT CHARLES KLINE
4450 Rivanna River Way # 1791
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

  Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   PRATYUSHA SIVAANI KOMARAGIRI          **DATE:**  10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** EDMUND YOUNG-MIN LEIGH
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   RICHARD LAKE LINDLER
         4450 Rivanna River Way
         Fairfax, VA 22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

**FAIRFAX COUNTY**

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   SIBEL KATELYN LORENTZ
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   NATHANIEL LEE LOVGREN

**DATE:**   10/16/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   SABRINA NADINE LYN
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   ASHLEY NICOLE MALCOM
4400 University Dr
Fairfax, VA 22030-4422

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:       703-324-2205

**TO:**   GARRETT LARKIN MALDOVEN

4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
### Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  OLIVIA ROSE MARKS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   MILES ALEXANDER MARTELL

**DATE:**   10/17/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections