# EXHIBIT 3

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   JACOB ALLEN MAST

4450 Rivanna River Way PMB 4913
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:   voting@fairfaxcounty.gov | Phone:   703-222-0776 |
| Website:  http://www.fairfaxcounty.gov/elections | Fax:      703-324-2205 |

**TO:**   CORWIN OLESS MATTHEWS                                **DATE:**   10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov        Phone: 703-222-0776
Website: http://www.fairfaxcounty.gov/elections     Fax: 703-324-2205

**TO:** CHRISTOPHER JALEN MAY                    **DATE:** 10/21/2019
4450 Rivanna River Way # 6891
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   BECKETT TRICE MEYER
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:   voting@fairfaxcounty.gov | Phone:   703-222-0776 |
| Website:   http://www.fairfaxcounty.gov/elections | Fax:   703-324-2205 |

**TO:**   NATALIE MILES

4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   GRANT MICHAEL MILLER
4450 Rivanna River Way PMB 598
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

○ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  AHNA ANAQI MOHIUDDIN
4450 UNIVERSITY DRIVE
, VA 22030

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   INDIA LAVORIS MOON
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**   MIA INES MONTANEZ
4450 Rivanna River Way # 3988
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

**TO:**  MIA INES MONTANEZ
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   JORDAN RAMOND MOSER
        4450 Rivanna River Way
        Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   RYAN CLAIRE MURPHY

**DATE:**   10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:      703-324-2205

**TO:**   JARED LEE MURRAY
          4450 Rivanna River Way
          Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:** GABRIELLE CHRISTINA MCGLOCKTON          **DATE:** 10/16/2019
4450 Rivanna River Way
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                                 Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:  voting@fairfaxcounty.gov                         Phone:  703-222-0776
Website:  http://www.fairfaxcounty.gov/elections          Fax:     703-324-2205

**TO:**  JEFFREY PATRICK MCMANUS                    **DATE:**  10/16/2019
4450 Rivanna River Way # 6403
Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**  CHANTEL K NEAL

4450 Rivanna River Way PMB 4325
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:  voting@fairfaxcounty.gov | Phone:  703-222-0776 |
| Website:  http://www.fairfaxcounty.gov/elections | Fax:  703-324-2205 |

**TO:**   ALESSA MAYA OGORK          **DATE:**  10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

√ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                                                     Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   ALESSA MAYA OGORK                                          **DATE:**   10/17/2019
4450 Rivanna River Way
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

○ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
## Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:** JASMINE ACAYO OKIDI
4450 Rivanna River Way # 768
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov                                          Phone:    703-222-0776
Website:   http://www.fairfaxcounty.gov/elections                            Fax:      703-324-2205

**TO:**   ELISABETH ADELINE PADULA                          **DATE:**   10/16/2019
4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                          Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:** KATHERINE ELIZABETH PALLACE          **DATE:**  10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:   703-324-2205

**TO:**   IAN MATTHEW PENROSE
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   ISABELLA HOPE PERRETTI
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   KASEY JOSEPHINE PHIBBS            **DATE:**   10/16/2019
4450 Rivanna River Way # 3498
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

**TO:**   ANGIE MARIE PORTILLO

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:       703-324-2205

**TO:**  CONNOR WILLIAM POULTON
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☑ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:**  ARON SKYLAR BALAGTAS PRUITT
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   IVAN ADIMORTE PUPLAMPU
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☑ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov                        Phone:   703-222-0776
Website:   http://www.fairfaxcounty.gov/elections          Fax:     703-324-2205

**TO:**   JIMMY WAYNE REA                             **DATE:**   10/16/2019
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** MICAH RAY REAVES
4450 Rivanna River Way # 6694
Fairfax, VA 22030-4441

**DATE:** 10/21/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

✓ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   JAMAYAH ALEXUS RENEE TYLER
4450 Rivanna River Way # 344
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**

Office of Voter Registration

PO Box 10161

Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:    voting@fairfaxcounty.gov | Phone:    703-222-0776 |
| Website:   http://www.fairfaxcounty.gov/elections | Fax:        703-324-2205 |

**TO:**   DOMINICK JACKSON RODERIGUEZ

4450 Rivanna River Way

Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT

General Registrar

Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   HANNAH ELIZABETH ROGERS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   PATRICIA PARAYAOAN ROSARIO
4450 Rivanna River Way # 432
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   RAVEN NICOLE ROYAL
4400 University Dr
Fairfax, VA 22030-4422

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**  BRIGID ANNE RUFF
4450 Rivanna River Way # 2385
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☑ Provide a valid Residence Address
☑ Indicate whether you have ever been convicted of a felony or judged mentally incapacitated

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   CAROLINE JANE RUSS
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | |
|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: 703-324-2205 |

**TO:** EMMA MARIE SALAS

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/21/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

✓ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   GIANNA DOMENIQUE SCANZO-MASIERO

**DATE:**   10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   HALLIE NICHOLE SCARBROUGH
          4400 AQUIA CREEK LN
          FAIRFAX, VA  22030

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | |
|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | |
| Website: | http://www.fairfaxcounty.gov/elections | |

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   SEYATTA BLESSIN SCHILLACE
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

⚪ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  ANDREW CHARLES SCHWENDINGER
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   SUSAN LORA SCOTT

**DATE:**  10/16/2019

4450 Rivanna River Way # 3069
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

○ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | | |
|---|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | | Fax: | 703-324-2205 |

**TO:** CALEB MATTHEW SCHEAR

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   LAURA MICHELLE SCUDDER
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   NOLAN WILLIAM SENN
4450 Rivanna River Way # 385C
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** ARTI SHALA
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:     703-324-2205

**TO:**   ARTI SHALA
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   MARKELENE FIKRU SHEFERAW
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov                          Phone:   703-222-0776
Website:  http://www.fairfaxcounty.gov/elections            Fax:     703-324-2205

**TO:**   MAIRE TOBIN SHRIMPTON                    **DATE:**  10/17/2019
          4450 Rivanna River Way
          Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

    Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.


GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                          Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   AMAWA JANAE SILVA                                   **DATE:**   10/16/2019
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

   Your Voter Registration Application did not:

      Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** PAYTON ELIZABETH SINSABAUGH
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:  voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**  ANDREW MICHAEL SMITH
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:  voting@fairfaxcounty.gov | Phone:  703-222-0776 |
| Website:  http://www.fairfaxcounty.gov/elections | Fax:  703-324-2205 |

**TO:**   TREVOR MATTHEW SMITH                              **DATE:**  10/17/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov                              Phone:   703-222-0776
Website:   http://www.fairfaxcounty.gov/elections               Fax:     703-324-2205

**TO:**   SIERRA ELIZABETH SNYDER                          **DATE:**   10/17/2019
          4450 Rivanna River Way
          Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov                                        Phone:   703-222-0776
Website:  http://www.fairfaxcounty.gov/elections                          Fax:     703-324-2205

**TO:**   EVAN RANDALL SOWDER                            **DATE:**   10/16/2019
          4450 Rivanna River Way
          Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

> Your Voter Registration Application did not:
>
> Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   JOSEPH TIMOTHY SPEZZANO
4450 Rivanna River Way # 1238
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:        703-324-2205

**TO:**   ELISA MARIE SORTORE MILLER

4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

*Provide a residence address*

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:        703-324-2205

**TO:**   ADIRA ADEENA STEWART
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** LINDSEY STONE
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:    703-324-2205

**TO:**   ZACHARY MOORE STRASEL
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | |
|---|---|---|
| E-mail: voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   NANDIRI LYNN SULLIVAN-TAYLOR          **DATE:**   10/16/2019
4400 University Dr
Fairfax, VA  22030-4422

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

> Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   ZACHARY JUSTON SUTTLE
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | |
|---|---|
| E-mail:   voting@fairfaxcounty.gov | Phone:   703-222-0776 |
| Website:   http://www.fairfaxcounty.gov/elections | Fax:   703-324-2205 |

**TO:**   ZOE HUE-LING TAN                                    **DATE:**   10/16/2019
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                                                                    Rev Date: 2012-09-12

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   DOREYON BENJAMINDAVID TAYLOR
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

✓ Provide a valid Residence Address
✓ Indicate whether you have ever been convicted of a felony or judged mentally incapacitated

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   MARY PAULINE TAYLOR
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**   SHAHOB DIMITRI TEHRANCHI

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**   10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:  voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:  703-324-2205

**TO:**  AMBER LEIGH BLAZE TENNEY
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:     voting@fairfaxcounty.gov
Website:    http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   MYIAN KNYVONNEA TERRY
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   AMAYA SYMONE THOMAS

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**   10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** DE'JA ALEXA THOMPSON
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov                    Phone:  703-222-0776
Website:  http://www.fairfaxcounty.gov/elections      Fax:    703-324-2205

**TO:**   GENESIS SARAHY TORRES-ROMERO          **DATE:**  10/16/2019
         4450 Rivanna River Way
         Fairfax, VA 22030-4441

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

   Your Voter Registration Application did not:

   ☑ Indicate that you meet the citizenship requirement
   ☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427                                        Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:**  OLIVIA GRACE UPSON
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:  703-222-0776
Fax:      703-324-2205

**TO:**   ROSA JEAN VALLE-HELLMERS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   ELISE GISELLE VELEZ

**DATE:**  10/16/2019

4450 Rivanna River Way
Fairfax, VA  22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   BRYAN ANDREW WALLER
          4450 Rivanna River Way
          Fairfax, VA  22030-4441

**DATE:**   10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** GRACE NICOLE WALKER

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   JASMINE IMANI WEBB

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**   10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

**TO:** SAVANNAH ANTONNETTE WHITE
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   SOPHIE JOY WILLIAMS
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**   10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

| | | | |
|---|---|---|---|
| E-mail: | voting@fairfaxcounty.gov | Phone: | 703-222-0776 |
| Website: | http://www.fairfaxcounty.gov/elections | Fax: | 703-324-2205 |

**TO:** LUKE STEPHEN WILSON                                  **DATE:** 10/16/2019
4400 University DR # 203
Fairfax, VA 22030-4422

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:    703-222-0776
Fax:      703-324-2205

**TO:**   CHARLES ROSS WINSLOW

**DATE:**   10/17/2019

4450 Rivanna River Way
Fairfax, VA 22030-4441

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:** NICOLE JANIECE WRIGHT
4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Rev Date: 2012-09-12

**FAIRFAX COUNTY**
Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:       703-324-2205

**TO:**   KYAH DENAE YEAGER
4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

✓ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12

# FAIRFAX COUNTY

Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail: voting@fairfaxcounty.gov
Website: http://www.fairfaxcounty.gov/elections

Phone: 703-222-0776
Fax: 703-324-2205

---

**TO:** ASHLEY ZEBALLOS

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:** 10/17/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

## FAIRFAX COUNTY
Office of Voter Registration
PO Box 10161
Fairfax, VA 22038-8061

E-mail:    voting@fairfaxcounty.gov
Website:   http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:     703-324-2205

**TO:**   MATT RYAN ZILIC

4450 Rivanna River Way
Fairfax, VA 22030-4441

**DATE:**  10/16/2019

## Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

√ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information. "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections