# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

NEW VIRGINIA MAJORITY EDUCATION
FUND, et al.,

                     Plaintiffs,

v.

GARY SCOTT, in his official capacity as
Fairfax County Registrar, et al.,

                     Defendants.

Civil Action No.

_____

## DECLARATION OF AMYLA BRYANT

Pursuant to 28 U.S.C. § 1746, I, Amyla Bryant, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify. I was born in 2001 and am African American.

3. I am a freshman at George Mason University. I am from Roanoke, Virginia.

4. I have never registered to vote in Roanoke.

5. I live on campus at George Mason University.

6. I am a freshman.

7. The name of my dormitory is Carroll Hall. I live in Room 3013.

8. My activities and responsibilities while attending George Mason University include playing with the George Mason University Green Machine band. I have applied to work at the University Information Desk and I am a member of the Honors College.

.

9.  I registered to vote on campus at George Mason University on September 23, 2019 through a voter registration drive that was being held in front of the "Hub." The Hub is the student union building.

10. I approached a table where people were registering voters and asked to register to vote, then I filled out a voter registration application. *See* Exhibit A.

11. When I was filling out the voter registration application, I could not remember my dorm address because I had just moved to campus.

12. I therefore provided the address of George Mason's student union, 4450 Rivanna Way.

13. At the time I filled out the voter registration application, I believed that providing the university address would be sufficient to allow me to register to vote.

14. I do not receive mail at my dorm address. My mail goes to my "PMB," or school post office box.

15. I do not check my school mailbox regularly.

16. I usually receive an email alert from George Mason University when I have received something in the mail. It has been awhile since I received such an email alert, although I do not recall exactly when I last received one.

17. I had assumed until October 28 that I was registered to vote by the voter registration deadline for the November 5, 2019 election and was eligible to vote in that election.

18. On October 28, 2019, I arrived at Spanish class. A fellow student in my Spanish class named Eva Pecora told me that some students were experiencing problems registering to vote and that there could be an issue with my registration status so I should follow up. *See* Exhibit B.

19. I attempted to look up my registration status using Virginia's online lookup tool and found that there is no record of my registration status.  *See* Exhibit B.

20. I do not understand why I needed to provide my dorm name and room number on my registration application since I provided my school mailbox number.

21. It was frustrating and upsetting to learn that my voter registration application is being rejected on what I consider to be an irrelevant technicality.

22. I have not received any email or phone call from the Fairfax County Registrar during this entire process.

23. Today, I checked my school mailbox and found a letter saying that my voter registration application was rejected.  *See* Exhibit C.

24. Although I have not done so yet, my plan is to email the Fairfax County Registrar's office as soon as I can and to provide whatever information is necessary to try to clear up my registration status.

25. I do not know if I will be eligible to cast a ballot in the November 2019 election that will count even if I provide additional information to the Registrar or fill out a new voter registration application.

26. I want to vote in the November 2019 election.  I have been excited about the prospect of voting for the first time.

27. I declare under penalty of perjury that the foregoing is true and correct.


Executed this 30th day of October, 2019, in Fairfax, Virginia.


Amyla Bryant

# EXHIBIT A

*Denied - Dorm name/Rm # req.*   *10/4/19 LMJ*

# Virginia Voter Registration Application

Use blue or black ink

*Starred (\*) items are required. If you do not complete all of the items that are marked with \*, your application may be denied (See instructions on reverse side).*

**1.**  ☑ YES ☐ NO
**\* I am a citizen of the United States of America.**

**\* Full social security number** ☐ No SSN was ever issued.

**\* Date of birth** ___/___/2001

**\* Gender** Female

**2.**
**\* Last name** Bryant    Jr. Sr. II III IV (Circle if applicable)

**\* First name** Amyer    Amy19    **\* Middle name** Collette    ☐ None

**\* Residence address** (May not be a P.O. Box) 4450 Rivanna River Way    Apt # _____

**\* City/Town** Fairfax VA    **\* ZIP** 22030

E-mail acbryant01@gmail.com    Phone 5_4_0 - 8_1_9 - 1_5_9_0

**3.** **\* Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote?** ......... ☐ YES ☒ NO    If YES, has your right to vote been restored? ....... ☐ YES ☐ NO

**4.**
☐ I am an active-duty uniformed services member, spouse or dependent; or an overseas citizen.

☐ I am providing a mailing address (*below*) because my residence address is not serviced by the U.S. Postal Service or I am homeless.

▶ I am providing a **Virginia P.O. Box** (*below*) to protect my residence address from public disclosure because:

☐ I am an active or retired law enforcement officer, judge, U.S. or Virginia Attorney General attorney
☐ I have a court issued protective order for my benefit
☐ I have evidence of filing a complaint with law enforcement that either I or a household member is in fear for personal safety from another person who has threatened or stalked either me or a household member
☐ I am a participant in the Virginia Attorney General's Address Confidentiality Program

**My mailing address** (*Complete only if you have checked a box in this section*)

_____

_____

_____

**5.** ☐ I am currently registered to vote in another state: ___ ___. (*Indicate state of previous registration*)

**6.** ☐ I am interested in being an Officer of Election (poll worker) on Election Day. *Please send me information.*

**7.** **AFFIRMATION:** I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

▶ **\* Signature** *Amyer Bryant*    Today's date: 09/23/2019

☑ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above. Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registrations.

*IN ACTIVE STATUS*

# EXHIBIT B



**Menu**

## APPLY TO REGISTER TO VOTE

I am a Virginia resident. I am not registered to vote in Virginia and I want to apply to register to vote.

Register

## REGISTERED VOTER

Access your Virginia Voter Record to update registration, apply to vote absentee, and view your voter-related information.

**First Name***
Amyla

**Last Name***
Bryant

**Date of Birth***
2/25/2001

**Last 4 of SSN***
9433

**Locality***
FAIRFAX COUNTY ▼

☑ **I certify and affirm that the information provided to access my voter registration is my own or I am expressly authorized by the voter to access this information. I understand that it is unlawful to access the record of any other voter, punishable as computer fraud under Va. Code § 18.2-152.3.***


Find

## Record Not Found

We were unable to find an existing voter record with the information you provided. You can try again by changing the information, or you can instead register to vote. If you have any questions please contact your

local general registrar.

©2014-2015 Virginia Department of Elections. All rights reserved – Privacy Policy

Some documents contained on this site require Adobe Reader for viewing.

10/29/2019 2:58:16 PM - 10/29/2019 2:58:16 PM

# EXHIBIT C

# FAIRFAX COUNTY
## Office of Voter Registration
PO Box 10161
Fairfax, VA  22038-8061

E-mail:   voting@fairfaxcounty.gov
Website:  http://www.fairfaxcounty.gov/elections

Phone:   703-222-0776
Fax:      703-324-2205

**TO:**   AMYLA COLLETTE BRYANT

4450 Rivanna River Way
Fairfax, VA  22030-4441

**DATE:**  10/16/2019

# Voter Registration Denial Notification

This office has received your Virginia Voter Registration Application. Based on the review conducted by this office, your application has been denied for the following reasons:

Your Voter Registration Application did not:

☐ Provide a valid Residence Address

A new Voter Registration Application is enclosed to give you the opportunity to properly complete, sign, date and return the enclosed application, providing all the required information.  "Do not leave any space blank; enter 'NONE' if that answer applies. You may also visit the Virginia Voter Registration Portal website at www.vote.virginia.gov to submit your voter registration application online. The deadline to submit your properly completed voter registration application form is 22 days before a primary or general election and shorter for special elections to fill vacancies.

In most instances, a new voter registration application with all required information will be all that is needed. However, if you believe this denial is in error, you have the right to appeal by completing the enclosed Petition for Appeal and filing it with the Clerk of the Circuit Court. A ten dollar ($10.00) filing fee is required. You must contact the Clerk to determine an accepted method of payment. You must file this appeal with the court within ten days of the date printed on this letter.

If you have any questions about this notification, please call the Office of General Registrar.

GARY SCOTT
General Registrar
Fairfax County Office of Elections

Form ELECT-427

Rev Date: 2012-09-12