# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND, et al., | |
| Plaintiffs, | Civil Action No. |
| v. | _____ |
| GARY SCOTT, in his official capacity as Fairfax County Registrar, et al., | |
| Defendants. | |

## DECLARATION OF EVA PECORA

Pursuant to 28 U.S.C. § 1746, I, Eva Pecora, hereby declare as follows:

1. I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

2. I am over eighteen years of age and am otherwise competent to testify. I was born in August of 2001.

3. I am a freshman at George Mason University. I graduated from high school in Apex, North Carolina.

4. I live on campus at George Mason University.

5. The name of my dormitory is Commonwealth Hall. I live in Room 1512.

6. I registered to vote on campus at George Mason University on September 10, 2019 through a voter registration drive.

7. I had never registered to vote in the Commonwealth of Virginia before.

1

8.  I was approached by a volunteer who asked if I wanted to register to vote, and I filled out a voter registration application.  *See* Exhibit A.

9.  When I filled out the voter registration application, I provided the address of George Mason's student union, 4450 Rivanna Way.  I did not provide my dorm name or room number.

10. I do not receive mail at my dorm address.

11. At the time I filled out the voter registration application, I believed that providing the university address would be sufficient to allow me to register to vote.

12. I had assumed that I was registered to vote by the voter registration deadline for the November 5, 2019 election and was eligible to vote in that election until I received an email from George Mason University Housing on Thursday, October 15, 2019.

13. The October 15 email that I received from George Mason University Housing indicated that I may not be registered vote due to "a requirement that you include your Residence Hall name and Room number on your application."  *See* Exhibit B.

14. After receiving the email, I thought that my voter registration application had been rejected because I had not provided my dorm name and room number when I filled out my voter registration application.

15. I do not understand why I needed to provide my dorm name and room number on my registration application.

16. The October 15th email said, "If you do NOT have a Virginia Driver's License, you must submit a paper form to the Fairfax County Office of Elections in person or by mail no later than 4:59PM today."  *See* Exhibit B.

17. The October 15th email said, "If your form was denied, you must submit a new form
    TODAY." The email also said "NOTE for on-campus students: Use your HUB mailing
    address at 4450 Rivanna River Way, PMB #, Fairfax, VA 22030 as your residence
    address, however, number 4 question of the voter registration form must include the
    residence hall with your room number in the fillable area, when filling out the form." *See*
    Exhibit B.

18. I received two more emails from George Mason University Housing regarding voting,
    one on Wednesday, October 23, and the other on Thursday, October 24. *See* Exhibit C.

19. The October 23rd email says that I can submit a new voter registration application or
    write my full name, residential address, year of birth, last four digits of your social
    security number and signature on a sheet of paper and providing it to the Fairfax County
    Office of Elections or scanning the submission and forwarding, as an attachment, to:
    voting@fairfaxcounty.gov. It says that I can fax that information in or deliver it in
    person to the Fairfax County Board of Elections office during certain hours and by noon,
    Saturday, November 2, 2019. *See* Exhibit C.

20. The October 24th email says at the top, "Please disregard if this information does not
    apply to you." *See* Exhibit C. This qualifier left me confused about what next steps I
    needed to take.

21. Since October 15, I have looked up my registration status repeatedly, including this
    morning. Each time I look, it says that my voter registration information cannot be
    found. *See* Exhibit D.

22. I also tried to re-register online but was unsuccessful because I did not have the necessary driver's license information.  I found the online registration process to be challenging and not intuitive.

23. I am therefore concerned that I am not registered to vote.

24. I thought my case was an isolated incident until I read a news article titled "Civil rights group challenges rejection of George Mason student voter registrations" in the Washington Post on Thursday

25. On Friday, October 25, I emailed the Fairfax County Registrar's office to explain that I could not find my registration status online and to ask what happened with my voter registration application.  *See* Exhibit E.

26. I had not received any email, phone call, or any other communication from the Fairfax County Registrar's office until I emailed directly on October 25th to ask about my registration status

27. An employee with the Registrar's office responded by email on Saturday, October 26, and said that I had written down the last four digits of my social security number incorrectly on my voter registration application.  *See* Exhibit E.

28. I think that the information the Registrar's office provided may be incorrect because I regularly provide the last four digits of my social on written forms and I always write it down accurately.

29. I asked the Registrar's office to provide me with a copy of my voter registration application and she provided me with a version that redacted the last four digits of my social security number.  *See* Exhibit A.

30. At the Registrar's request, I provided the last four digits of my social security number again by email.

31. While, in one of the October 26th emails, the Registrar's office said that "You are fine to vote," I have not received official confirmation from the Registrar's office in the form of an email or voter registration card. I am concerned that I still cannot look up my voter registration status online.

32. I am concerned that I am going to experience problems when I attempt to vote in the November 2019 election, that my name may not be on the registration list, and that I may be disenfranchised.

33. I plan on attempting to vote in the November 2019 election.

34. I declare under penalty of perjury that the foregoing is true and correct.


Executed this ____27th____ day of October, 2019, in __Fairfax__ , Virginia.



Eva Pecora

# Exhibit A

Voter Document Detail View

VKinsman | Logout | FAIRFAX COUNTY                    Quick Links     ( ( ( ( [ Last, First, Middle (opt) ]   Help

## Virginia Voter Registration Application

Use blue or black ink

*Starred (*) items are required. If you do not complete all of the items that are marked with *, your application may be denied. (See instructions on reverse side).*

**1.** ☑ YES ☐ NO
* I am a citizen of the United States of America.
* Full social security number ☐ No SSN was ever issued
* Date of birth
* Gender  F

**2.** * Last name  Pecora          Jr. Sr. II III IV (Circle if applicable)
* First name  Eva          * Middle name  Cassidy          ☐ None
* Residence address (May not be a P.O. Box)  4450  Rivanna  River  Way          Apt #
* City/Town  Fairfax          * ZIP  22030
E-mail  greenevapl23@yahoo.com          Phone  9 1 9 9 1 6 6 4 5 3

**3.** * Have you ever been convicted of a felony or judged mentally incapacitated and disqualified to vote? ..... ☐ YES ☑ NO     If YES, has your right to vote been restored? ..... ☐ YES ☐ NO

**4.** ☐ I am an active-duty uniformed services member, spouse or dependent; or an overseas citizen.
☐ I am providing a mailing address (below) because my residence address is not serviced by the U.S. Postal Service or I am homeless.
▶ I am providing a Virginia P.O. Box (below) to protect my residence address from public disclosure because:

☐ I am an active or retired law enforcement officer, judge, U.S. or Virginia Attorney General attorney
☐ I have a court issued protective order for my benefit
☐ I have evidence of filing a complaint with law enforcement that either I or a household member is in fear for personal safety from another person who has threatened or stalked either me or a household member
☐ I am a participant in the Virginia Attorney General's Address Confidentiality Program

My mailing address (Complete only if you have checked a box in this section)

**5.** ☐ I am currently registered to vote in another state:          . (Indicate state of previous registration)

**6.** ☐ I am interested in being an Officer of Election (poll worker) on Election Day. Please send me information

**7.** AFFIRMATION: I swear/affirm, under felony penalty for making willfully false material statements or entries, that the information provided on this form is true. I authorize the cancellation of my current registration and I have read the Privacy Act Notice.

* Signature          Today's date: 0 9 1 0 2 0 1 9

☐ By checking this box, I affirm both that I am an individual with physical disabilities and the Affirmation Statement above. Pursuant to Article II, § 2 of the Constitution of Virginia, individuals with physical disabilities are not required to sign the application for voter registrations

Exhibit B

**John Powers**

| | |
|---|---|
| **From:** | epecora2 <epecora2@masonlive.gmu.edu> |
| **Sent:** | Thursday, October 24, 2019 11:12 PM |
| **To:** | John Powers |
| **Subject:** | Fw: Voter Registration Deadline-TODAY |

**From:** George Mason University Housing <housing@gmu.edu>
**Sent:** Tuesday, October 15, 2019 3:06 PM
**To:** epecora2@gmu.edu <epecora2@gmu.edu>
**Subject:** Voter Registration Deadline-TODAY

Good afternoon,
If you are planning to participate in the November 5th election, you must update your current address per the information below.
**ATTENTION:**

The deadline to register or update your voter registration to your current address is TODAY in order to vote in the November 5th election.

Unfortunately it has recently come to our attention that the requirements for on-campus registration have changed at the last minute. It is now a requirement that you include your Residence Hall name and Room number on your application. As a result, if you have registered to vote on campus this year you need to check that your registration has gone through at **https://vote.elections.virginia.gov/VoterInformation**.

**YOUR REGISTRATION MAY HAVE BEEN DENIED.**

If your form was denied, you must submit a new form **TODAY.**

If you live on campus your address will be: 4450 Rivanna River Way, Fairfax VA 22030. Then you must include your "Residence Hall Name, Room number" in question 4.

If you have a Virginia Driver's License, you can re-register online by tonight at 11:59PM at **https://vote.elections.virginia.gov/Registration/Eligibility**

If you do NOT have a Virginia Driver's License, you must submit a paper form to the Fairfax County Office of Elections in person or by mail no later than 4:59PM today.

**If you need to fill out a paper form, Student Government is registering voters from now until 3pm at Johnson Center Kiosk F.**

From the Mason Votes website (**http://masonvotes.gmu.edu/a-quick-guide-to-voting-as-a-mason-student/**)

- ***If you have a Virginia driver's** license*, you can register online. Go to: vote.virginia.gov and click the "Register" button. It takes about 2 minutes to register online, if you have your Virginia driver's license

1

number. The last day to register online to be eligible to vote in the General and Special Election is Tuesday, October 15th by mail or in person, or online by 11:59pm on Tuesday, October 15, 2019.

- ***If you don't have a Virginia driver's license***, go to vote.virginia.gov to fill in the registration form, print it, sign it, and send it to the Department of Elections by mail. Your form must be postmarked by October 15, 2019.

***NOTE for on-campus students***: Use your HUB mailing address at 4450 Rivanna River Way, PMB #, Fairfax, VA 22030 as your residence address, however, number 4 question of the voter registration form must include the residence hall with your room number in the fillable area, when filling out the form. This will allow you to vote at on-campus at Merten Hall for the Presidential Election.

If you have any questions or need help filling out your new form, please contact Student Government's Executive Secretary for Government and Community Relations Yasmin at yjaramil@masonlive.gmu.edu.

Exhibit C

## John Powers

| | |
|---|---|
| **From:** | epecora2 <epecora2@masonlive.gmu.edu> |
| **Sent:** | Thursday, October 24, 2019 11:11 PM |
| **To:** | John Powers |
| **Subject:** | Fw: Spring 2020 Registration |

**From:** Office of the University Registrar <noreply@GMU.EDU>
**Sent:** Wednesday, October 23, 2019 7:59 AM
**To:** ANNOUNCE04-L@LISTSERV.GMU.EDU <ANNOUNCE04-L@LISTSERV.GMU.EDU>
**Subject:** Spring 2020 Registration

### Spring 2020 registration begins the week of November 5th.

You may now view **your specific** registration date and time ticket by logging into Patriot Web. Your time ticket has been assigned based on your classification (SR, JR, SO, FR) and number of earned hours. In progress credits **are not** used to determine your classification.

Your time ticket indicates the first available time that you may begin to register for the semester. It can be found under Student Services>Registration>Registration and Planning>Prepare for Registration.

### Prior to your registration date

- Check your record for holds now. Financial obligations and other holds may prevent your ability to register.
- Review your degree evaluation and meet with your academic advisor before registering for classes.

### If you are planning an absence from Mason

All undergraduate students who are planning an absence from George Mason must submit a formal request for Leave of Absence to the Office of the University Registrar. This form is available at http://registrar.gmu.edu/forms/ and must be approved by your advisor.

### FERPA Notification

FERPA is the Family Educational Rights and Privacy Act of 1974 and protects student privacy. It is very important that all students understand their rights under FERPA. Please read the Annual Notification of Rights under FERPA so that you are fully informed about what FERPA is and what your rights are. There is additional information regarding your educational records, releasing those records and directory information. It is vital that students are aware of what FERPA is and how it affects them. http://registrar.gmu.edu/ferpa/annual-notification-of-rights/

Office of the University Registrar

**John Powers**

| | |
|---|---|
| **From:** | epecora2 <epecora2@masonlive.gmu.edu> |
| **Sent:** | Thursday, October 24, 2019 11:12 PM |
| **To:** | John Powers |
| **Subject:** | Fw: Voter Registration |

**From:** George Mason University Housing <housing@gmu.edu>
**Sent:** Thursday, October 24, 2019 4:52 PM
**To:** epecora2@gmu.edu <epecora2@gmu.edu>
**Subject:** Voter Registration

Good Afternoon,
Please see the the below message from University Life about voter registration. Please disregard if this information does not apply to you.
If you registered to vote on campus this fall please confirm your voter registration at:
https://www.elections.virginia.gov
If you do not see your information, your registration is being held because your residence hall/dorm room # is missing, and an extension has been made for you to complete the form. The extension is only for those that registered at Mason in fall of 2019.  You may submit a new voter registration application, or by writing your full name, residential address, year of birth, last four digits of your social security number and signature on a sheet of paper and providing it to the Fairfax County Office of Elections or scanning the submission and forwarding, as an attachment, to:  voting@fairfaxcounty.gov.  You may also fax it to 703-324-2205, or deliver to the office 12000 Government Center Pkwy, Suite 323, Fairfax, 22035, during normal business hours.  Business hours:  8 a.m. to 7 p.m. Monday – Friday, Saturday Oct 26, 9 a.m. to 5 p.m. and by noon, Saturday, Nov. 2, 2019.  Questions?  Email:  voting@fairfaxcounty.gov or call 703-222-0776.

Alissa Karton
George Mason University
University Life
Assistant to the Vice President
& Director of Special Projects
Merten Hall 5108
703-993-1438
akarton@gmu.edu

Exhibit D



Exhibit E

**From:**          epecora2 <epecora2@masonlive.gmu.edu>
**Sent:**          Monday, October 28, 2019 11:25 AM
**To:**            John Powers
**Subject:**       Fwd: Voter Registration

Last email between me and the registrars office

Get Outlook for iOS

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Saturday, October 26, 2019 4:29:33 PM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Re: Voter Registration

Hi,

My name is Eva Pecora and I live at 4450 Rivanna River Way. I'm requesting that my SSN be changed from 7234 to 7235.

Thanks

Get Outlook for iOS

**From:** Voting <Voting@fairfaxcounty.gov>
**Sent:** Saturday, October 26, 2019 4:28:03 PM
**To:** epecora2 <epecora2@masonlive.gmu.edu>
**Subject:** RE: Voter Registration

Eva,
Please send an email stating that your social security number is incorrect and give the correct last four as well as the incorrect last four number requesting the record be updated. Include your full name and registered address. We will be attaching this email to your record.
Thank you

*Viki*
Viki Kinsman, CERA
Deputy Registrar
Fairfax County Office of Elections
12000 Government Center Parkway, Suite 323 Fairfax, VA 22035
Victoria.kinsman@fairfaxcounty.gov
703/324-4921

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Saturday, October 26, 2019 12:30 PM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Re: Voter Registration

Okay, can you change the SSN from 7234 to 7235?
Thanks

Get Outlook for iOS

**From:** Voting <Voting@fairfaxcounty.gov>
**Sent:** Saturday, October 26, 2019 12:07:57 PM
**To:** epecora2 <epecora2@masonlive.gmu.edu>
**Subject:** RE: Voter Registration

Because you listed the wrong social security number on your form. As I mentioned, you listed 7234 on your voter registration form and not 7235. Check again using the 7234 number. I will need an email from you stating the social security needs to be changed.
Thank you

*Viki*
Viki Kinsman, CERA
Deputy Registrar
Fairfax County Office of Elections
12000 Government Center Parkway, Suite 323 Fairfax, VA 22035
Victoria.kinsman@fairfaxcounty.gov
703/324-4921

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Saturday, October 26, 2019 12:02 PM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Re: Voter Registration

The correct number is 7235.  If I am eligible to vote, why is my registration info not appearing online?
Thanks

Get Outlook for iOS

**From:** Voting <Voting@fairfaxcounty.gov>
**Sent:** Saturday, October 26, 2019 11:49:23 AM
**To:** epecora2 <epecora2@masonlive.gmu.edu>
**Subject:** RE: Voter Registration

Eva,
My question was simple. You are fine to vote. The question is what is the correct social security number? I have attached your voter registration form however, because it is being transmitted, I had to redacted social security  number and birthdate.

*Viki*
Viki Kinsman, CERA
Deputy Registrar
Fairfax County Office of Elections
12000 Government Center Parkway, Suite 323 Fairfax, VA 22035
Victoria.kinsman@fairfaxcounty.gov
703/324-4921

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Saturday, October 26, 2019 11:07 AM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Re: Voter Registration

Could you send me a copy of my voter registration application? I'm just trying to figure out if I'm eligible to vote in the November 2019 election.

Thanks

Obtener Outlook para iOS

---

**De:** Voting <Voting@fairfaxcounty.gov>
**Enviado:** Saturday, October 26, 2019 10:58:29 AM
**Para:** epecora2 <epecora2@masonlive.gmu.edu>
**Asunto:** RE: Voter Registration

When you submitted the voter registration, you had written 7234 as your last numbers. It is very clear as a 4 and not a 5. Which is it?

*Viki*
Viki Kinsman, CERA
Deputy Registrar
Fairfax County Office of Elections
12000 Government Center Parkway, Suite 323 Fairfax, VA 22035
Victoria.kinsman@fairfaxcounty.gov
703/324-4921

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Saturday, October 26, 2019 10:29 AM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Re: Voter Registration

Hey Viki,
My full name is Eva Pecora. Date of Birth is 08/05/2001. Registered address is 4450 Rivanna River Way Fairfax, VA 22030. Last 4 of my SSN is 7235.

Let me know what you find.
Eva

Obtener Outlook para iOS

---

**De:** Voting <Voting@fairfaxcounty.gov>
**Enviado:** Saturday, October 26, 2019 10:22:02 AM
**Para:** epecora2 <epecora2@masonlive.gmu.edu>
**Asunto:** RE: Voter Registration

I would need more information to look you up – full name, registered address, date of birth and last four of your social security number.

*Viki*

Viki Kinsman, CERA
Deputy Registrar
Fairfax County Office of Elections
12000 Government Center Parkway, Suite 323 Fairfax, VA 22035
Victoria.kinsman@fairfaxcounty.gov
703/324-4921

---

**From:** epecora2 <epecora2@masonlive.gmu.edu>
**Sent:** Friday, October 25, 2019 4:10 PM
**To:** Voting <Voting@fairfaxcounty.gov>
**Subject:** Voter Registration

Hi,

My name is Eva Pecora.  I filled out a voter registration application on George Mason's campus almost a month ago and am concerned that I may not be registered to vote.  I've been checking my registration status online and can't find my registration status.  Can you please confirm that you received my application and, if so, what happened with it?  I'd greatly appreciate any assistance you can provide.

Thanks so much,
Eva Pecora