IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND and AMYLA BRYANT,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY BOARD OF ELECTIONS, GARY SCOTT, in his official capacity as Director of the Office of Elections and General Registrar; and STEPHEN HUNT, KATHERINE HANLEY, and BETTINA LAWTON in their official capacities as members of the Fairfax County Board of Elections,<br><br>Defendants. | Civil Action<br>Case No. 19-cv-1379-RDA-MSN |

**ORDER**

Upon consideration and in resolution of Plaintiffs' Emergency Motion for Preliminary Injunction [ECF No. 9], Plaintiffs New Virginia Majority Education Fund and Amyla Bryant ("Plaintiffs") and Defendants Fairfax County Board of Elections, Gary Scott (in his official capacity as Director of the Office of Elections and General Registrar), and Stephen Hunt, Katherine Hanley, and Bettina Lawson (in their official capacities as members of the Fairfax County Board of Elections) ("Defendants") hereby agree and the Court ORDERS as follows:

(a) For any voter registration applicant who submitted an application on or before October 15, 2019 who provided a George Mason University address and whose application was rejected solely for not providing a dormitory name or room number (a "Rejected GMU Voter Registration Applicant") who identifies an on-campus dormitory name and room number to Defendants by email, facsimile, mail, or

1

in-person notification on or before November 2, 2019 at 5:00 p.m., the Defendants shall (i) accept such Rejected GMU Voter Registration Applicant's application, (ii) add the applicant to the Fairfax County voter rolls, and (iii) permit the applicant to cast a regular ballot during the November 5, 2019 election;

(b) For any Rejected GMU Voter Registration Applicant who identifies an on-campus dormitory name and room number at the GMU - Merten Hall precinct location on November 5, 2019 (or at any other time after November 2, 2019 at 5:00 p.m. and before arriving at the polling place on November 5, 2019), the Defendants shall (i) permit such Rejected GMU Voter Registration Applicant to cast a provisional ballot, which shall be counted provided Defendants have no other reason to reject such ballot other than failure to provide their dormitory name and room number on the voter registration form, and (ii) enroll such applicant on the permanent Fairfax County voter rolls thereafter;

(c) Defendants shall provide additional training to the Chief Election Officer who is working on November 5, 2019 at the GMU - Merten Hall polling place to educate workers on the relief agreed to above, and shall place a member of the General Registrar's staff at the GMU - Merten Hall polling place;

(d) This Order solely applies to the November 5, 2019 election, and all parties reserve their rights, claims and defenses.

SO ORDERED.

/s/
Rossie D. Alston, Jr.
United States District Judge

_____
United States District Judge

November 1, 2019