IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND and AMYLA BRYANT,<br><br>    Plaintiffs,<br><br>v.<br><br>FAIRFAX COUNTY BOARD OF ELECTIONS, GARY SCOTT, in his official capacity as Director of the Office of Elections and General Registrar; and STEPHEN HUNT, KATHERINE HANLEY, and BETTINA LAWTON in their official capacities as members of the Fairfax County Board of Elections,<br><br>    Defendants. | Civil Action<br>Case No. 19-cv-1379-RDA-MSN |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs hereby dismiss their Complaint in the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 16, 2020

Respectfully submitted,

*/s/ Paul J. Weeks*
Paul J. Weeks (VA Bar No. 89656)
Daniel T. Donovan (*pro hac vice*)
Michael A. Glick (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I caused the foregoing to be electronically filed using the Court's CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

/s/ Paul J. Weeks
Paul J. Weeks (VA Bar. No. 89656)

*Counsel for Plaintiffs*