IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NEW VIRGINIA MAJORITY EDUCATION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:19-cv-01379 (RDA/MSN) |
| FAIRFAX COUNTY SCHOOL BOARD OF ELECTIONS, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Plaintiffs New Virginia Majority Education Fund's and Amyla Bryant's Notice of Voluntary Dismissal Without Prejudice. Dkt. 18. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITHOUT PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
July 20, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge